IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | CRIMINAL NO. 3:20–CR–403-N |
| | § | |
| JOHN ANDERSON (1) | § | |

# MOTION FOR DETENTION

The United States moves for pre-trial detention of defendant, **John Anderson**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_   Crime of violence (18 U.S.C. §3156);

   \_\_\_\_   Maximum sentence life imprisonment or death

   \_\_\_\_   10 + year drug offense

   \_\_\_\_   Felony, with two prior convictions in above categories

   \_X\_\_   Serious risk defendant will flee

   \_X\_\_   Serious risk obstruction of justice

   \_\_\_\_   Felony involving a minor victim

   \_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

  2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety (economic) of any other person and the community

  3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

  4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   ____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

  DATED this __6th__ day of January 2021.

**Motion for Detention - Page 2**

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ *Damien M. Diggs*
DAMIEN M. DIGGS
Assistant United States Attorney
D.C. Bar No. 501-552
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8629
Facsimile: 214.659.8800
Email: damien.diggs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 6th day of January 2021.

/s/ *Damien M. Diggs*
DAMIEN M. DIGGS
Assistant United States Attorney

**Motion for Detention - Page 3**