# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE:   IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK Marie Gonzales | COURT REPORTER/TAPE NO: Shawn McRoberts |
| LAW CLERK: | USPO/PTSO: K. Wolf |
| INTERPRETER: | COURT TIME: 2:23 – 2:26 |
| A.M. | P.M. 2:00 | DATE:  January 06, 2021 |

☐MAG. NO.          ☑DIST. CR. NO. 3:20-cr-00403-N                USDJ Judge David C Godbey

UNITED STATES OF AMERICA                §        GEORGE LEAL_____, AUSA
                                        §
                                        §        _____ ☐
v.                                      §
                                        §        HUGO AGUILAR      (A) ☐
                                        §        COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
JOHN  ANDERSON (1)                      §

---

☑INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐OTHER DISTRICT ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☐SURRENDER_____
☐ RULE 5/32 ☑APPEARED ON WRIT
☑DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) _____ APPEARED ☐WITH ☐WITHOUT COUNSEL
☑REQUESTS APPOINTED COUNSEL.
☑FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑PRIVATE COUNSEL APPOINTED  HUGO AGUILAR_____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET _____

---

☐ PRELIMINARY HEARING SET _____ ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐SET ☐REDUCED TO $ _____ ☐CASH ☐ SURETY ☐10% ☐ PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☑DEFT ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☑DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED.  WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN – 6 2021

CLERK, U.S. DISTRICT COURT
By_____
        Deputy