## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ** , Presiding

| | |
|---|---|
| DEPUTY CLERK **Marie Gonzales** | COURT REPORTER/TAPE **Shawn McRoberts** |
| LAW CLERK _____ | USPO___**K. Wolf**_____ |
| INTERPRETER _____ | COURT TIME:___1 min_____ |
| A.M._____  P.M. __2:00__ | DATE: **January 6, 2021**_____ |

CR. No. **3:20-cr-403-N** DEFT No. **(01)**

UNITED STATES OF AMERICA          §        GEORGIE LEAL _____, AUSA
                                  §
v.                                §
                                  §
JOHN ANDERSON                     HUGO AGUILAR   (A)  ☐
Defendant's Name                  Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

### ARRAIGNMENT

☒ . . . . .  Defendant SWORN.

☒ **arr.** Arraignment  ☐ **rearr.**  Rearraignment  - Held on count(s) 1-28 _____
    of the 28 count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ . . . . .  New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

☒ **pl.**  Deft enters a plea of    ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)

☐ . . . . .  Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

☐ . . . . .  Waiver of Jury Trial

☐ **wvindi.**  Waiver of Indictment, filed.

☐ . . . . .  Plea Agreement accepted.    ☐ Court defers acceptance of Plea Agreement.

☐ **plag.**  Plea Agreement filed (see agreement for details).    ☐ . . . . . No Plea Agreement.

☐ . . . . .  Plea Agreement included with Factual Resume.

☐ **facres.**  Factual Resume filed.

☐ **sen.** Sentencing set _____ at _____ a.m./p.m.

☒ **jytrl.**  Trial set for _____**TBA**_____at _____ a.m./p.m.
    Pretrial motions due: _____. Discovery motions/Government Responses due: _____.

☐ . . . . .  Order for PSI, Disclosure Date and Setting Sentencing entered.

☐ **wvpsi.**  PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.

☐ **o.(bnd.)**  Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ **owarr.**  Deft failed to appear, bench warrant to issue.

☐ . . . . .  Bond ☐ continued ☐ forfeited

☒ . . . . .  Deft Custody/Detention continued.

☐ **loc.(LC)**  Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 6 2021

CLERK, U.S. DISTRICT COURT
By _____
     Deputy